**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:06CV136**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**INGLES MARKETS, INC.,** )<br>)<br>Defendant. )<br>_____) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Peter H. Bresnan, Cheryl J. Scarboro, Reid A. Muoio, Brent S. Mitchell, and Jason M. Anthony, to appear as counsel in this matter, filed April 27, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Peter H. Bresnan, Cheryl J. Scarboro, Reid A. Muoio, Brent S. Mitchell, and Jason M. Anthony, are hereby granted special admission to the bar of this Court. These attorneys are government employees

representing a governmental agency, and therefore, the admission fee is hereby waived. **Local Rule 83.1(B).**

Signed: April 28, 2006

Lacy H. Thornburg
United States District Judge